

FILED & JUDGMENT ENTERED
Steven T. Salata

Oct 05 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Daniel L. Dubuc & Denise G. Dubuc | ) | Case No. 11-32329 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

### ORDER ON MOTION TO BIFURCATE

This cause coming on to be heard before the undersigning United States Bankruptcy Court Judge for the Western District of North Carolina on the Motion to Bifurcate and the court having reviewed the pleadings, the Court makes the following:

1. This case was originally filed as a Chapter 13 on September 8, 2011;

2. The Debtor filed jointly with his wife, Denise G. Dubuc;

3. The Male Debtor seeks to convert to a Chapter 7 due to the accumulation of post petition debt;

4. The Female Debtor wishes to remain in the Chapter 13.

5. The Male Debtor has filed this motion to bifurcate to allow him to proceed with efforts to convert to a Chapter 7 case;

WHEREFORE, IT IS ORDERED:

1. The Male Debtor's case is allowed to be bifurcated so that he may convert to a Chapter 7;

2. The Female Debtor is allowed to remain in the original Chapter 13.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court